1  ~~Harvey Grad~~
   ~~Harvey Grad, PS~~
2  ~~323 Queen Anne Ave. N., Ste. 102~~
   ~~Seattle, WA 98109~~
3  ~~C 206.409.9504~~
4  ~~O 206.331.3927~~
   ~~Attorney for Plaintiff~~
5

6                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE
8

9  KASEY JAMES VELLA,
                                           Case No.: 3:20-CV-06153 RAJ
10

11

12                                         ~~PROPOSED~~ ORDER ON AND
                                           GRANTING UNOPPOSED MOTION BY
13                                         PLAINTIFF TO AMEND BRIEFING
                                           SCHEDULE
14

15              Plaintiff,

16     vs.

17 ANDREW SAUL, as COMMISSIONER OF
   SOCIAL SECURITY,
18

19              Defendant

20

21     PLAINTIFF sought an order on his unopposed motion to amend the briefing schedule by

22 an extension of the original schedule by 45 days.  The Plaintiff has shown good cause for such

23 an extension.

24
       IT is HEREBY ORDERED that the prior briefing schedule be amended as follows:
25

~~PROPOSED~~ ORDER ON UNOPPOSED MOTION BY
PLAINTIFF TO AMEND BRIEFING SCHEDULE –
page 1

Harvey Grad, WSBA 6506
Harvey Grad, PS
323 Queen Anne Ave. N., Ste. 102
Seattle, WA 98109
Ph.: 206.331.3927 – Fax: 206.327.9284
CP 206.409.9504

|  | Was Due | **Now Due** |
|---|---|---|
| Plaintiff's Opening Brief | 4/26/21 | **6/10/21** |
| Defendant's Brief | 5/24/21 | **7/8/21** |
| Optional Reply Brief | 6/7/21 | **7/22/21** |

ORDERED.

DATED this 27th day of April, 2021.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

~~PROPOSED~~ ORDER ON UNOPPOSED MOTION BY PLAINTIFF TO AMEND BRIEFING SCHEDULE – page 2

**Harvey Grad, WSBA 6506**
**Harvey Grad, PS**
**323 Queen Anne Ave. N., Ste. 102**
**Seattle, WA 98109**
**Ph.: 206.331.3927 – Fax: 206.327.9284**
**CP 206.409.9504**