UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KASEY JAMES VELLA,

     Plaintiff,

 v.

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

Case No. C20-6153 RAJ

**ORDER DENYING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER**

   This matter is before the Court on Plaintiff's second unopposed motion to amend the Scheduling Order. Dkt. 11. Plaintiff's opening brief was due June 10, 2021, the same date the instant motion was filed. Dkt. 10.

   The Court can extend a briefing deadline only "for good cause[.]" Fed. R. Civ. P. 6(b)(1). Plaintiff's motion provides the Court no reason for an extension but states,

"After conferring by email and providing the reasons for this request with attorney for the Commissioner, Benjamin Groebner, he has graciously consented to this request." Dkt. 11 at 1. However, it is the Court's, not the Defendant's, role to determine good cause for an extension of time. As noted in the Scheduling Order, dates set by the Court "are firm and can be changed only by order of the Court, not by agreement of counsel or the parties." Dkt. 8 at 1. The Court cannot find good cause if no cause is proffered.

Accordingly, Plaintiff's motion is **DENIED** without prejudice.

DATED this 11th day of June, 2021.

*[signature]*

The Honorable Richard A. Jones
United States District Judge