# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KASEY JAMES VELLA,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. C20-6153 RAJ

**ORDER TO SHOW CAUSE**

After being granted an extension of time, Plaintiff's Opening Brief was due June 10, 2021. Dkt. 10. On that date, Plaintiff filed a second motion for extension of time but failed to provide good cause, or any cause, for the delay. Dkt. 11. On June 11, 2021, the Court denied Plaintiff's motion without prejudice. Dkt. 12. As of June 22, 2021, Plaintiff has neither filed an opening brief nor properly requested an extension of time.

Plaintiff is ordered to show cause by June 30, 2021, why this matter should not be dismissed for lack of prosecution. Failure to show cause may result in dismissal of this action.

ORDER TO SHOW CAUSE - 1

Plaintiff may respond by filing an opening brief along with an explanation for the delay. If the Court finds the explanation reasonable, the Court will accept the late brief and amend the Scheduling Order to avoid prejudice to the Defendant.

DATED this 23rd day of June, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge