UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KASEY JAMES VELLA,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C20-6153 RAJ

**ORDER GRANTING MOTION FOR SUPPLEMENTAL BRIEFING**

      This matter is before the Court on Plaintiff's Motion to Supplement Briefing, for Remand on the Basis that the Commissioner's Decision(s) are Invalid under Seila Law, Separation of Powers Violations.  Dkt. 20, 21.

      In his motion, filed August 25, 2021, Plaintiff asks the Court to accept his supplemental brief, which was submitted with the motion. Dkt. 20 at 2-7.  On September

3, 2021, Defendant filed a response to Plaintiff's motion.  Dkt. 22.  Defendant does not oppose Plaintiff's motion, but "requests 30 days to respond." *Id.* at 1.

Based on Plaintiff's motion, and that Defendant does not oppose it, the Court **GRANTS** Plaintiff's motion and accepts Plaintiff's supplemental brief.  Defendant shall have until October 21, 2021, to file a response.

DATED this 24th day of September, 2021.

The Honorable Richard A. Jones
United States District Judge