UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KASEY JAMES VELLA,

          Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. C20-6153 RAJ

**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND**

    Based on Defendant's Motion to Extend Time to Respond to Motions, and that Plaintiff has no opposition, it is hereby ORDERED that Defendant shall have up to November 20, 2023, to respond to Plaintiff's Motion to Remand for Payment of Benefits (Dkt. 37) and Motion for Attorney Fees and Expenses Under EAJA (Dkt. 42), and Plaintiff shall have up to November 27, 2023, to file any reply.

    DATED this 14th day of November, 2023.

The Honorable Richard A. Jones
United States District Judge