UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KASEY JAMES VELLA,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C20-6153 RAJ

**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND**

      Based on Defendant's Motion to Extend Time to Respond to Motion, and that Plaintiff has no opposition, it is hereby ORDERED that Defendant shall have up to February 8, 2024, to respond to Plaintiff's Motion to Remand for Payment of Benefits (Dkt. 37).

      DATED this 5th day of February, 2024.

                                              _____
                                              The Honorable Richard A. Jones
                                              United States District Judge