UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KASEY JAMES VELLA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant | Case No.: 3:20-CV-06153 RAJ<br><br>~~PROPOSED~~ ORDER GRANTING PLAINTIFF EAJA FEES, PAYABLE DIRECTLY TO PLAINTIFF'S ATTORNEY, HARVEY GRAD AND ORDER STRIKING MOTION TO COMPEL DKT. 37 |

**IT IS ORDERED AND ADJUDGED that** Plaintiff is awarded EAJA Fees in the sum of $18,601.40 and Expenses of $23.25 to be paid directly to Attorney Harvey Grad, at 323 Queen Anne Ave. N., Suite 102, Seattle, WA 98109.  Additionally, Plaintiff's motion noted at Dkt. #37 has been withdrawn and shall be stricken.

Dated this 13th day of February, 2024.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S MOTION FOR EAJA FEES AND EXPENSES
Page 1

Harvey Grad, WSBA 6506
Harvey Grad, PS
323 Queen Anne Ave. N., Ste. 102
Seattle, WA 98109
Ph.: 206.331.3927 – Fax: 206.327.9284
CP 206.409.9504