The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KASEY JAMES VELLA,<br><br>        Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY, as COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant | Case No.: 3:20-CV-06153 RAJ<br><br>[PROPOSED] ORDER AMENDING ORDER GRANTING PLAINTIFF EAJA FEES , PAYABLE DIRECTLY TO PLAINTIFF'S ATTORNEY, HARVEY GRAD (ORDER at ECF 57) |

    **IT IS ORDERED AND ADJUDGED that** the Order Granting Plaintiff EAJA Fees, ECF 57, is hereby amended to award Plaintiff EAJA Fees in the *additional sum* of $2,967.72 for *a total of* $21,569.12, as well as one hour at $244.62 for his motion to amend, for a total in EAJA Fees of $21,813.74, along with Expenses of $23.25.

    The Fees and Expenses will be paid directly to Attorney Harvey Grad at 323 Queen Anne Ave. N., Suite 102, Seattle, WA 98109.

    Dated this 21st day of March, 2024.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

Harvey Grad, WSBA 6506
Harvey Grad, PS
323 Queen Anne Ave. N., Ste. 102
Seattle, WA 98109
Ph.: 206.331.3927 – Fax: 206.327.9284
CP 206.409.9504